UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Farid Ismayilzada , Plaintiff, v. Valeh Arifzade, Defendant. | Case No. 2:25-cv-00917-DJC-SCR<br>**DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

Valeh Arifzade

November 10, 2026

KEITH HOLLAND, CLERK

By: /s/ V. Licea Chavez, Deputy Clerk